

```
                                                                USDC SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
                                                                DOC #:_____
                                                                DATE FILED:  7/18/2022
```

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **DAVID S. THAYER**<br>*Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

July 15, 2022

*Via ECF*

The Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:  <u>F.N., *et al.* v. N.Y.C. Dep't of Educ.</u>, Case No. 21 CV 11177 (MKV)

Dear Judge Vyskocil:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendant New York City Department of Education in the above-referenced action. I write, jointly with Plaintiffs' counsel, to respectfully provide the Court with a status letter concerning this action.

      Since the conclusion of discovery, the parties' counsel have met and conferred, and given the additional billing incurred in the course of discovery, Plaintiffs' counsel will be providing Defendant's counsel with updated billing records to support their demand for costs and attorneys' fees in this action. With the benefit of these additional records, Defendant's counsel will request authority to resolve this matter from the Office of the Comptroller of the City of New York.

      To that end, the parties respectfully propose that they provide the Court with a further status update in three weeks on August 5, 2022, that informs the Court, *inter alia*, whether an amicable resolution has been reached or whether the parties believe that the intervention of the assigned magistrate judge would be helpful. In conjunction with this proposal, the parties would also respectfully request that the conference currently scheduled for July 26, 2022, be adjourned to a date certain after the parties' further status update is submitted.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Kevin Mendillo, Esq.
Cuddy Law Firm
5693 South Street Road
Auburn, NY 13021
*Counsel for Plaintiffs*

---

**The parties' request to adjourn the July 26, 2022 Post-Discovery Conference is DENIED. That conference will now be in-person. The Parties are directed to appear at Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 for the conference.  SO ORDERED.**

Date: 7/18/2022
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge