```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/20/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

F.N., individually and on behalf of I.N., a child
with disability,

                    Plaintiffs,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.

---

1:21-cv-11177-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In a Scheduling Order entered on March 2, 2022, the Court scheduled a Post-Discovery Conference in this case for July 26, 2022. [ECF No. 11]. In that order, the Court directed the parties to submit, one week before the conference, a joint letter regarding the status of the case. [ECF No. 11]. The Court admonished the parties that failure to comply with the deadlines set therein may result in sanctions, including preclusion at trial of information not provided or dismissal of claims or defenses. [ECF No. 11]. To date the parties have not submitted a joint letter in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that the parties submit, by end of day July 21, 2022, a joint letter regarding the status of the case in compliance with the Court's order at ECF No. 11.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS. THE COURT WILL NOT ADJOURN THIS CONFERENCE BECAUSE OF THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS.**

**SO ORDERED.**

**Date:  July 20, 2022**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**