

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/25/2022
```

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** | **LAW DEPARTMENT** | **DAVID S. THAYER** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>t: (212) 356-2649<br>f: (212) 356-1148<br>e: dthayer@law.nyc.gov |

July 21, 2022

*Via ECF*

The Honorable Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:  **F.N.**, *et al.* **v. N.Y.C. Dep't of Educ., Case No. 21 CV 11177 (MKV)**

Dear Judge Vyskocil:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for the Defendant New York City Department of Education ("DOE") in the above-referenced action. I write to respectfully request that I be permitted to appear telephonically at the July 26, 2022 conference scheduled for 10 AM.

      As the Court is aware, the July 26, 2022 conference was recently converted into an in-person conference, scheduled to begin at 10am.[1] (ECF No. 13.) I am scheduled to fly to California on work-related travel from John F. Kennedy Airport in the early afternoon of that day. While I believe I can appear remotely at the conference and then timely depart for the airport directly afterwards, I may not have adequate time if I am to appear in-person. I therefore respectfully request that I be permitted to appear at the conference telephonically. I have conferred with Plaintiffs' counsel in respect to this application, and they have graciously consented to it.

---

[1] The Court has given Plaintiffs' counsel leave to appear telephonically. (ECF No. 16.)

I thank the Court for its consideration of this request.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Andrew K. Cuddy, Esq.
Kevin Mendillo, Esq.
Cuddy Law Firm
5693 South Street Road
Auburn, NY 13021
*Counsel for Plaintiffs*

**GRANTED. The Post-Discovery Conference scheduled for July 26, 2022 at 10:00 AM will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. SO ORDERED.**

Date: 7/25/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2