UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
F.N., individually and on behalf of I.N., a child with disability

                      Plaintiff,           21 **CIVIL** 11177 (MKV)

     -against-                          **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION.

                    Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, the Court GRANTS Plaintiff's motion for summary judgment as set forth in this Opinion and Order and awards attorneys' fees and costs as follows: (1) attorneys' fees in the aggregate amount of $18,467.25; (2) costs in the amount of $418.20; and (3) post-judgment interest at the applicable statutory rate from the date judgment is entered. See 28 U.S.C. § 1961; Tru-Art Sign Co. v. Local 137 Sheet Metal Workers Int'l Ass'n, 852 F.3d 217, 223 (2d Cir. 2017). Judgement is entered for the plaintiff and the case is closed.

**Dated:** New York, New York
          March 29, 2024

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                 **BY:**
                                              **Deputy Clerk**