USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.N., individually and on behalf of I.N., a child with disability,

                                  Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendant.

1:21-cv-11177-MKV

**ORDER LIFTING STAY AND REAFFIRMING OPINION AND ORDER GRANTING SUMMARY JUDGMENT**

MARY KAY VYSKOCIL, United States District Judge:

On March 29, 2024, the Court issued an Opinion and Order granting Plaintiff's motion for summary judgment and awarding attorneys' fees, costs, and post-judgment interest. [ECF No. 63]. On April 1, 2024, Plaintiff filed a notice of appeal. [ECF No. 65]. On April 18, 2024, the Second Circuit issued an Order remanding the case to this Court for further proceedings following the Second Circuit's determination of the then-pending appeal in *Y.G. v. New York City Department of Education*, Case No. 22-1184(L), and related appeals. [ECF No. 66]. On April 24, 2024, the Court stayed this case pending the Second Circuit's determination in *Y.G.* and ordered that once the *Y.G.* appeal is decided, the parties file separate letters briefing the impact of the Second Circuit's decision on this Court's Opinion and Order. [ECF No. 68]. On July 24, 2025, the Second Circuit issued a Summary Order and Judgment concerning *Johnson* factor analysis, *see Y.G. v. New York City Dep't of Educ.*, No. 21-cv-641, 2025 WL 2080218 (2d Cir. July 24, 2025), as well as an opinion on the standards for substantial justification to reject a settlement offer, *N.G.B. v. New York City Dep't of Educ.*, 146 F.4th 195, 197 (2d Cir. 2025). Thereafter, on October 10, 2025, the parties filed a joint letter noting that in those decisions, the Second Circuit affirmed all the district court decisions. [ECF No. 73]. The parties stated that "[b]ased upon the across-the-board affirmation

of all decisions on all issues, there is currently no new guidance for the parties to provide beyond this District's decisions." [ECF No. 73].

The Court has carefully reviewed the relevant decisions issued by the Second Circuit. The Court's analysis in its previous Opinion and Order in this case is not called into question or in any way negatively impacted by the relevant decisions issued by the Second Circuit. The parties do not argue otherwise. Accordingly, the Court re-affirms final judgment consistent with its Opinion and Order and with the Clerk's judgment issued on March 29, 2024. [ECF Nos. 63-64].

Accordingly, IT IS HEREBY ORDERED that the stay in this case is lifted, and judgment is entered consistent with the March 29, 2024 judgment in this case.

The Clerk of Court is respectfully requested to enter judgment consistent with the March 29, 2024 judgment and close the case.

**SO ORDERED.**

**Date:   February 19, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2