# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

F.N., individually and on behalf of I.N., a child with disability

                                    Plaintiff,                     21 **CIVIL** 11177 (MKV)

       -against-                                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION.

                                 Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, and the Court's Order dated February 19, 2026, the Court has GRANTED Plaintiff's motion for summary judgment as set forth in the Opinion and Order and has awarded attorneys' fees and costs as follows: (1) attorneys' fees in the aggregate amount of $18,467.25; (2) costs in the amount of $418.20; and (3) post-judgment interest at the applicable statutory rate from the date judgment is entered. See 28 U.S.C. § 1961; Tru-Art Sign Co. v. Local 137 Sheet Metal Workers Int'l Ass'n, 852 F.3d 217, 223 (2d Cir. 2017); accordingly, the case is closed.

**Dated:** New York, New York
         February 24, 2026

                                    **TAMMI M. HELLWIG**
                            _____
                                   **Clerk of Court**

              **BY:**          K. mango

                                    _____
                                    **Deputy Clerk**